UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                            :
CONSTRUCTION LIEN CONSULTANTS          :
LLC,                                                        :
                                                            :
                              Plaintiff,        :                    25-cv-9165 (VSB)
                                                            :
                   -against-                      :                    **ORDER**
                                                            :
JPMORGAN CHASE BANK, N.A.,              :
                                                            :
                              Defendant.     :
                                                            :
------------------------------------------------------- :
                                                            X

VERNON S. BRODERICK, United States District Judge:

It has been reported to the Court that the parties in this case have reached a settlement

agreement.  Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party

and without prejudice to restoring the action to this Court's docket if the application to restore

the action is made within thirty (30) days.

SO ORDERED.

Dated:  December 19, 2025
           New York, New York

Vernon S. Broderick
United States District Judge