**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
CONSTRUCTION LIEN CONSULTANTS
LLC,

                    Plaintiff,               **ORDER**

                           **25-CV-9165 (VSB) (JW)**

        -against-

JPMORGAN CHASE BANK, N.A,

                    Defendant.
-------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

In light of the parties' report that they have reached a settlement agreement

(Dkt. No. 11) and Judge Broderick's subsequent order at Dkt. No. 12, the Initial

Case Management Telephone Conference scheduled for **January 21, 2026 at 10:30**

**AM** is adjourned *sine die***.**

SO ORDERED.

DATED:    New York, New York
             December 22, 2025

                                  _____
                                    JENNIFER E. WILLIS
                                  United States Magistrate Judge